IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PAUL BERGER, directly and derivatively on behalf of Income Opportunity Realty Investors, Inc., | ) ) ) ) | |
| Plaintiff, | ) ) ) | Case No. 3:19-cv-286 |
| v. | ) ) | Hon. Ed Kinkeade |
| TRANSCONTINENTAL REALTY INVESTORS, INC., et al., | ) ) ) ) | |
| Defendants. | ) | |

## MOTION TO DISMISS

Defendants Transcontinental Realty Investors, Inc., American Realty Investors, Inc., Pillar Income Asset Management, Inc., Daniel J. Moos, Gene E. Bertcher, Louis J. Corna, Ted R. Munselle, Henry A. Butler, Robert A. Jakuszewski, and Raymond D. Roberts hereby respectfully move to dismiss with prejudice all claims against them pursuant to Federal Rule of Civil Procedure 12(b)(6). The points in support of this motion are set out in the accompanying memorandum in support.

| | |
|---|---|
| Respectfully submitted, | Dated: May 31, 2019 |

/s/ Richard Sayles
Richard Sayles
Shawn Long
BRADLEY ARANT BOULT CUMMINGS LLP
1201 Elm Street
Dallas, TX 75270
(214) 939-8700

*Counsel for Defendants Daniel J. Moos, Gene E. Bertcher, Louis J. Corna, Ted R. Munselle, Henry A. Butler, Robert A. Jakuszewski, and Raymond D. Roberts*


/s/ C. Gregory Shamoun
C. Gregory Shamoun
Texas Bar No. 18089650
Email: g@snlegal.com
Brian K. Norman
Texas Bar No. 00797161
Email:  bkn@snlegal.com
J. Blair Norris
Texas Bar No. 24014515
Email: bn@snlegal.com

SHAMOUN & NORMAN LLP
1800 Valley View Lane, Suite 200
Farmers Branch, TX 75234
(214) 987-1745

*Attorneys for Pillar Income Asset Management, Inc.*

/s/ Stephen A. Khoury
Stephen A. Khoury
KELSOE, KHOURY, ROGERS & CLARK, P.C.
5323 Spring Valley Road, Suite 350
Dallas, TX 75254
(972) 661-2227

Jamie Aycock
KIRKLAND & ELLIS LLP
609 Main Street
Houston, TX 77002
(713) 836-3600

Daniel E. Laytin
Joshua Z. Rabinovitz
Christa C. Cottrell
Nicholas Wasdin
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, IL 60654
(312) 862-2000

*Counsel for Defendants Transcontinental Realty Investors, Inc., and American Realty Investors, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 31, 2019, a copy of the above and foregoing document was served by electronic transmission on all counsel of record via the Court's ECF system.

<u>*/s/ Stephen A. Khoury*</u>