IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PAUL BERGER, directly and derivatively on behalf of Income Opportunity Realty Investors, Inc., <br><br> Plaintiff, <br><br> v. <br><br> TRANSCONTINENTAL REALTY INVESTORS, INC., *et al.*, <br><br> Defendants. | Case No. 3:19-cv-00286-E <br><br> Hon. Ada Brown |

## STATUS REPORT

COMES NOW Plaintiff Paul Berger, directly and derivatively on behalf of Income Opportunity Realty Investors, Inc., ("IOR"), Defendants Transcontinental Realty Investors, Inc., Pillar Income Asset Management, Inc., Daniel J. Moos, Gene S. Bertcher, Louis J. Corna, Ted R. Munselle, Henry A. Butler, Robert A. Jakuszewski, Raymond D. Roberts, Sr., Mickey N. Phillips, and the Estate of Gene E. Phillips by its Independent Executor, Bradford Phillips, (collectively, "Defendants"), and Nominal Defendant IOR (all together, "the parties") and file this status report regarding Plaintiff's motion to voluntarily dismiss this case following notice to IOR's shareholders. The parties hereby represent to the Court that:

1. On June 28, 2022, Plaintiff moved to voluntarily dismiss the case ("Motion to Dismiss") (ECF 132). Defendants and Nominal Defendant do not oppose the Motion to Dismiss.

2. The Motion to Dismiss set forth a proposed plan, in Exhibit B to the Motion, for providing notice of the proposed dismissal to IOR shareholders, to satisfy Federal Rule of Civil Procedure 23.1(c). (ECF 132-2) The Court's Order dated June 29, 2022, approved the notice

plan and directed the parties to provide the notice to IOR shareholders within 30 days from the date of the Order. (ECF 134)

3. On July 5, 2022, IOR provided the approved notice ("Notice") to IOR shareholders. Specifically:

    a. The Notice was filed publicly on SEC Form 8-K by IOR.

    b. The Notice was also published on IOR's investor relations website (http://www.incomeopp-realty.com/investor-information.html) and has remained on the website for more than 30 days.

4. The notice plan approved by the Court stated that any IOR shareholder who wished to intervene in the action must file a motion to intervene within 45 days of IOR's notice to shareholders. The 45-day period passed on August 19, 2022, and no shareholder has filed a motion to intervene.

5. The notice plan approved by the Court stated: "If no other Income Opportunity Realty Investors, Inc. shareholder seeks to intervene in the Derivative Action, the voluntary dismissal will be approved and the Derivative Action will be dismissed with prejudice." Because no IOR shareholder has sought to intervene, the parties request that the Court enter the form of Order of Dismissal with Prejudice attached to the Motion to Dismiss at Exhibit C (ECF 132-3).

Dated: August 30, 2022.

          /s/ *William B. Federman*
          William B. Federman
          Texas Bar No. 00794935
          wbf@federmanlaw.com
          John Charles Sherwood
          jsherwood@sherwoodlawoffice.com
          **FEDERMAN & SHERWOOD**
          212 W. Spring Valley Rd.
          Richardson, TX 75081
          Telephone: (214) 239-4568
          Facsimile: (281) 254-7789

                                        *Attorneys for Plaintiff Paul Berger*

| | |
|---|---|
| */s/ Stephen A, Khoury* | */s/ Brian K. Norman* |
| Stephen A. Khoury | Brian K. Norman |
| Texas Bar No. 11377500 | Texas Bar No. 00797161 |
| **KELSOE, KHOURY, ROGERS & CLARK, P.C.** | J. Blair Norris |
| | Texas Bar No. 24014515 |
| 5323 Spring Valley Road, Suite 350 | **SHAMOUN & NORMAN, LLP** |
| Dallas, TX 75254 | Shamoun & Norman, LLP |
| sakhoury@kelsoe-law.com | 1800 Valley View Lane, Suite 200 |
| | Farmers Branch, TX 75234 |
| Joshua Z. Rabinovitz | bkn@snlegal.com |
| **KIRKLAND & ELLIS LLP** | bn@snlegal.com |
| 300 North LaSalle | |
| Chicago, IL 60654 | *Attorneys for Defendants Pillar Income* |
| joshua.rabinovitz@kirkland.com | *Asset Management, Inc. and Mickey N.* |
| nick.wasdin@kirkland.com | *Phillips and Bradford Phillips as* |
| | *Independent Executor of the Estate of Gene* |
| *Attorneys for Defendant Transcontinental Realty Investors, Inc.* | *E. Philips* |
| | /*s/ Steven C. Metzger* |
| */s/ Richard A. Sayles* | Steven C. Metzger |
| Richard A. Sayles | Texas Bar No. 13982500 |
| Texas Bar. No. 17697500 | **METZGER LAW PLLC** |
| **BRADLEY ARANT BOULT CUMMINGS, LLP** | 3626 N. Hall St., Suite 800 |
| | Dallas, TX 75219 |
| 4400 Renaissance Tower, 1201 Elm St. | smetzger@pmklaw.com |
| Dallas, TX 75270 | |
| dsayles@bradley.com | *Attorneys for Nominal Defendant Income Opportunity Realty Investors, Inc.* |
| *Attorneys for Defendants Daniel J. Moos, Gene S. Bertcher, Louis J. Corna, Ted R. Munselle, Henry A. Butler, Robert A. Jakuszewski, and Raymond D. Roberts, Sr.* | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2022, a true and correct copy of the foregoing document has been served upon counsel of record through the Court's ECF system:

Stephen A. Khoury
**KELSOE, KHOURY, ROGERS & CLARK, P.C.**
5323 Spring Valley Road, Suite 350
Dallas, TX 75254
sakhoury@kelsoe-law.com

Joshua Z. Rabinovitz
Nicholas F. Wasdin
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
joshua.rabinovitz@kirkland.com
nick.wasdin@kirkland.com

*Attorneys for Defendants American Realty Investors, Inc. and Transcontinental Realty Investors, Inc.*

Richard A. Sayles
**BRADLEY ARANT BOULT CUMMINGS, LLP**
4400 Renaissance Tower, 1201 Elm St.
Dallas, TX 75270
dsayles@bradley.com

*Attorneys for Defendants Daniel J. Moos, Gene S. Bertcher, Louis J. Corna, Ted R. Munselle, Henry A. Butler, Robert A. Jakuszewski, and Raymond D. Roberts, Sr.*

Brian K. Norman
J. Blair Norris
**SHAMOUN & NORMAN, LLP**
Shamoun & Norman, LLP
1800 Valley View Lane, Suite 200
Farmers Branch, TX 75234
bkn@snlegal.com
bn@snlegal.com

*Attorneys for Defendants Pillar Income Asset Management, Inc. and Mickey N. Phillips and Bradford Phillips as Independent Executor of the Estate of Gene E. Philips*

Steven C. Metzger
**METZGER LAW PLLC**
3626 N. Hall St., Suite 800
Dallas, TX 75219
smetzger@pmklaw.com

*Attorneys for Nominal Defendant Income Opportunity Realty Investors, Inc.*

/s/ *William B. Federman*
William B. Federman

(#432719v1)